JENNIFER E. McCOLLOUGH

X8773

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jovanni MENDOZA | ) | Case No.  '17 MJ2774 |
| | ) | |
| *Defendant(s)* | ) | |

**FILED**
AUG 0 9 2017
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __08/09/2017__ in the county of __San Diego__ in the __Southern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 751 (a) & 4082 (a) | Escape from Federal Custody |

This criminal complaint is based on these facts:

Unlawfully and willfully escape from an institution and facility in which he was confined by direction of the Attorney General, to wit: Correctional Alternatives Inc., San Diego, California, said custody and confinement at the direction of the Attorney General by virtue of a judgment and commitment of the U.S. District Court for the Southern District of California for Alien Smuggling; 8 USC 1324 and Importation of Marijuana; 21 USC 952, 960.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Candelario Polendo, Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  08/09/2017

_____
*Judge's signature*

City and state:  San Diego, CA                    Honorable Jan M. Adler
*Printed name and title*

## PROBABLE CAUSE STATEMENT

I, Candelario Polendo, being duly sworn, hereby depose and say;

I am currently employed as a Deputy United States Marshal (DUSM), and have been so employed for approximately 3 years.

On July 10, 2017, I was assigned to investigate the escape and current whereabouts of MENDOZA. MENDOZA was placed in escape status while at Correctional Alternatives Inc. (CAI) located at 551 S. 35th St, San Diego, CA, 92113. Following my assignment to this case, I have reviewed records maintained by CAI, the Bureau of Prisons, United States District Court, and the United States Marshals Service for relevant information and documents which provided the following facts:

MENDOZA received a sentence of 245 Months from U.S. District Court Judge Honorable Dana M. Sabraw, in the Southern District of California on May 29, 2015 for CONVICTION, Alien Smuggling; 8 U.S.C. 1324 and Importation of Marijuana; 21 USC 952, 960.

On July 10, 2017 at 2245 RRC staff conducted count and noticed MENDOZA was unaccounted for. A review of the security tapes showed MENDOZA walking out of the RRC at 2201. (As reported by CAI).

MENDOZA remains a fugitive at large as his current whereabouts are unknown.

Dated: August 9, 2017

Candelario Polendo
Deputy U.S. Marshal